# Holland & Knight

One Arts Plaza 1722 Routh Street, Suite 1500 | Dallas, TX 75201| T 214.969.1700 | F 214.969.1751
Holland & Knight LLP | www.hklaw.com

Bryan P. Neal
bryan.neal@hklaw.com
(214) 969-1762

September 21, 2023

**By Electronic Filing**
Michael E. Gans, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, Missouri 63102

*Re: No. 23-1021; Don Sanders v. BNSF Railway Company*

Dear Mr. Gans:

Pursuant to the Court's September 8, 2023 notice, counsel for Appellant, BNSF Railway Company, Bryan P Neal, notifies the Court of the following significant conflicts as to the remaining argument calendar dates:

**December 11 – 15, 2023 - St. Louis, Missouri**
**December 11 – 15, 2023 - St. Paul, Minnesota**
**June 10 - 14, 2024 - St. Louis, Missouri**
**June 10 - 14, 2024 - St. Paul, Minnesota**

Counsel respectfully requests that oral argument not be set during those two windows. Thank you for your consideration in this matter.

Respectfully submitted,
/s/
Bryan P. Neal

c: All appearing counsel (by electronic filing)

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, BNSF Railway Company served this letter to all counsel of record through ECF notification system.

*/s/Bryan P. Neal*
Bryan P. Neal
Attorney for Appellant BNSF Railway Company

#229651725_v1