

**Adam W. Hansen**
333 Washington Ave North
Suite 300
Minneapolis, MN 55401
Direct: (612) 927-2969
adam@apollo-law.com

February 6, 2024

**VIA ECF**
Michael Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Office of the Clerk
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

*Re:* *Sanders v. BNSF Ry. Co.*, No. 23-1021

Mr. Gans,

    I write to advise the Court that counsel for Appellee Don Sanders has a conflict on March 13, 2024. The Minnesota Supreme Court recently chose the morning of March 13 for an oral argument in one of counsel's other cases. If the Eighth Circuit is considering setting the above-referenced case for argument in March 2024, counsel respectfully asks the Court to consider holding the argument on March 11, 12, 14, or 15. Counsel has no present conflicts on those dates.

Dated: February 6, 2024        Respectfully submitted,

                                          s/ Adam W. Hansen
                                          Adam W. Hansen
                                            *Counsel of Record*
                                          Adam W. Hansen
                                          APOLLO LAW LLC
                                          333 Washington Avenue North
                                          Suite 300
                                          Minneapolis, MN 55401
                                          (612) 927-2969
                                          adam@apollo-law.com